Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PLAN4LIFE INSURANCE, LLC<br>and<br>PREMIER LEADS GENERATION LLC<br>and<br>WITT BOBSKI<br>*Defendants*. | Case No.<br><br>2:25-cv-03797-JFW-PVC<br><br>**NOTICE OF DISMISSAL**<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

## NOTICE OF DISMISSAL

Plaintiff Kelly Bland, by her undersigned counsel, hereby voluntarily dismisses this action, without prejudice, as to all Defendants, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this August 6, 2025.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> (*Pro Hac Vice*)
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: August 6, 2025

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.